# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :    NO. 965
                                          :
ORDER AMENDING RULES 101 AND              :    SUPREME COURT RULES DOCKET
1101 OF THE PENNSYLVANIA RULES            :
OF JUVENILE COURT PROCEDURE               :


## ORDER


**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2023, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 51 Pa.B. 5532 (September 4, 2021):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Juvenile Court Procedure 101 and 1101 are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on January 1, 2024.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.